

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-13-00722-CV

| | |
|---|---|
| Christine Adiuku, Kate Opara, Caramela Nzenwa, and Angela Alimole, Appellants<br><br>v.<br><br>Kelechi Ikemenefuna, Chinyere Agonsi, Beatrice Oparaji, Ann Ebere, Kelechi Ogun, Maria Arririguzo, Chinyere Agim, and Virginia Akuchie, on Behalf of MBAISE Association of Houston, Appellees | Appealed from the County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 1012911). Memorandum Opinion delivered by Justice Busby. Justices Boyce and Wise also participating. |

**TO THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 24, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

We have inspected the record and hold the trial court erred when it granted appellees partial summary judgment imposing liability and damages based on appellees' causes of action for conversion, breach of fiduciary duty, and registering an organization with a deceptively similar name. We therefore order that the portions of the judgment that imposed liability and damages for those causes of

action are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we hold the trial court erred when it found liability and awarded damages to appellees on their fraud by nondisclosure cause of action. We therefore order that the part of the judgment that imposed liability and damages based on appellees' fraud by nondisclosure cause of action is **REVERSED** and we **RENDER** judgment that they take nothing by that claim.

Further, we hold the trial court erred when it awarded appellees attorney's fees. We therefore order that the part of the judgment awarding appellees attorney's fees is **REVERSED** and we **RENDER** judgment that they take nothing in attorney's fees.

Further, we find no error in the remainder of the judgment, including the partial summary judgment on appellants' affirmative defenses and the trial court's declaration that appellant Christine Adiuku is no longer president of MBAISE Association of Houston, and we order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 08, 2015.

CHRISTOPHER A. PRINE, CLERK

2